Pg 1 of 4

22-cv-445-jdp

5-30-22 Suit Persuant to

FILED/REC'D

2022 AUG 17 A 10 09

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Chapter 42 U.S.C Sections
1985 and or 1983
in Forma Pauperous
Plaintif/victem, pro se
Sovereignty Joeseph Helmueller Sovereign Freeman
Also/previously Known as Andrew Jacob Helmueller.
Hearby brings suit against the Defendants
For acts comited in violation of civil
rights/crimes against humanity, abuse

Deffendants: Charles meyer and Doe 1
"Fred ? "last name unknown". Both
officers of the st. croix county
Sheriffs department in Hudson
wisconsin whom were acting under
color/cloack of law and or the
Authority of the same at the time
of the occurances as sworn officers

Summary of events pg#s 2 and 3
See Attached ≥ pg 1
releif/remidy That I am seeking pg# 3 and 4

note "exhanerated of charges I was
being detained on, april of 2022"

Similar to Hardy v city of
Milwaukee

# Summary of events

on or about 11-9-2019 I was being held in "E" block at the st. croix county Jail on charges that I have been found innocent/exhonerated of when I was without being provided reason asked to cuff up threw the bars of cell # 3 and I was then escorted to the hallway between booking and the cell blocks. At this point I was met by 3 femal and 2 male officers one female had brougt me and one male had shown up shortly after. I was searched by a officer named Fred who was phisically rough with me and pulled my pants down below my genitals in front of the 3 women officers he then left my penis out of my pants throughout the pat search and frisk and handed me off to officer charles meyer with my genitals still out and my pants pulled down halve way on my but. At this point I beleave 2 of the females had left and I asked charles meyer aloud "hey are you gonna put my dick back in my pants", as I was still in cuffs and a mid section belt if I recall correctly.

# Summary of events and requested remidys that I seek

...At this point officer Meyer chuckled at me grined and said "O we will get to that" then tried to keep from answering my question he stated that I needed to go with him as he marched me threw the hallway with my penis out, threw the door into the booking area of the jail and into the room where inmates are typically searched. I was then taken out of restraints and directed to strip naked and spred my legs and was compleatly and totaly nude for this portion. I was then told I could put cloths on and escorted back to my block without explanation as to why I was just humiliated and hadled roughly then parated nude/exposed throughout the jail and chuckled/laughed at.

I seek reprimand of both male officers, up to and including suspension/Fireing .ect

I seek a nocontact and or restraing order on both male...

# Remidy I am seeking

... Officers as I have since had more issues with meyer making statments in sept of 2021 about not appropriate things such as "seing whos got the bigger dick" ant whitnessed by Justin Rejel/boty camera.

I seek $10,000 ⁰⁰/₁₀₀ usd For undue hartship ant or abuse by public humiliation.

I seek AJH/SJHSF $35,000 u.s.D $35,000 ⁰⁰/₁₀₀ u.s.D For the unlawfull pat/frisk that had occured while being unlawfully tetained on charges that were dissmissed ant seek this seperatly from the undue sexual humiliation/strip search chect.

I seek that the vidios of this 11-9-19 embaresing incodent be destroyed upon the closing/setteling of this matter.

Sincerly Andrew Jacob Helmueller
Also ant Known as Soveleignty Joeseph Helmueller
Sovereign Freeman andrew jacob Helmueller
this thirty th Day May twothousand ant
twenty two    All rights reserved suly to the victem
All rights reserved suly to the victem
N. error crossed out, corrected, innitailed AJH/SJHSF